IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ d.c.
05 OCT 21 PM 2:46

THOMAS M. GOULD
CLERK, US DISTRICT COURT
WD OF TN, MEMPHIS

DEBRA WALKER,
    Plaintiff,

Case No. 05-2551 B/P

VERSUS

Judge _____

CHRISTAIN BROTHERS UNIVERSITY,
    Defendant.

Jury Demand

### SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on October 12, 2005, Present were Randall Larramore, counsel for plaintiff, and Steve Vescovo, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(I): November 15, 2005

JOINING PARTIES: December 15, 2005

AMENDING PLEADINGS: December 15, 2005

COMPLETING ALL DISCOVERY: June 30, 2006

    (a)  DOCUMENT PRODUCTION: June 30, 2006

    (b)  DEPOSITIONS, INTEROGATORIES AND REQUESTS FOR ADMISSIONS: June 30, 2006

    (c)  EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)  Disclosure of Plaintiff's Rule 25 Expert Info: March 1, 2006

        (2)  DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: April 3, 2006

        (3)  EXPERT WITNESS depositions: June 30, 2006



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05



FILING DISPOSITIVE MOTIONS: <u>August 30, 2006</u>

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date without agreement of the parties. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

All Motions to compel discovery will be filed by the end of the discovery cut off date.

This case is set for jury trial, and the trial is expected to last 3 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED BY:

_____
Randall D. Larramore 18760
Paty, Rymer & Ulin, P.C.
19 Patten Parkway
Chattanooga, TN 37402
423-756-6770

_____ for
Stephen W. Vescovo 7246         w/ permission
Thomason, Hendrix, Harvey,
Johnson & Mitchell
2900 One Commerce Square
40 South Main
Memphis, TN 38103
901-525-8721

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02551 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Randall D. Larramore
Paty, Rymer, & Ulin, P.C.
19 Patten Parkway
Chattanooga, TN 37402

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Pamela R. O'Dwyer
PATY RYMER & ULIN
19 Patten Parkway
Chattanooga, TN 37402--221

Honorable J. Breen
US DISTRICT COURT